1  J. Andrew Coombs (SBN 123881)
   *andy@coombspc.com*
2  Annie S. Wang (SBN 243027)
   *annie@coombspc.com*
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
   Heidi Paruch, an individual and d/b/a
8  Amazon.com Seller Forlines Warehouse
   John Paruch, an individual and d/b/a
9  Amazon.com Seller Forlines Warehouse
   *jthomasparuch@gmail.com*
10 3728 Stillwood Dr.
   Winterville, NC 28590
11 Telephone:   (314) 707-4251

12 Defendants, *in pro se*

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                                    )
   Warner Bros. Home Entertainment Inc.,  )   Case No. CV13-4479 DMG (DTBx)
16                                    )
              Plaintiff,             )
17                                    )   CONSENT DECREE AND
        v.                           )   PERMANENT  INJUNCTION
18                                    )
   Heidi Paruch, an individual and d/b/a   )
19 Amazon.com Seller Forlines Warehouse;   )
   John Paruch, an individual and d/b/a   )
20 Amazon.com Seller Forlines Warehouse   )
   and Does 2-10, inclusive,         )
21                                    )
              Defendants.            )
22

23        The Court, having read and considered the Joint Stipulation for Entry of

24 Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

25 Bros. Home Entertainment Inc. ("Plaintiff") and Defendants Heidi Paruch, an

26 individual and d/b/a Amazon.com Seller Forlines Warehouse and John Paruch, an

27 individual and d/b/a Amazon.com Seller Forlines Warehouse (collectively

28 "Defendants"), in this action, and good cause appearing therefor, hereby:

JS-6

ORDERS that based on the Parties' stipulation and only as to Defendants, their successors, heirs, and assignees, this Injunction shall be and is hereby entered in the above-captioned action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq.*, and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made on Defendants.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendants have made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendants and their agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with them who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily, or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

      a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

   c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendants at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendants.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendants, be reopened should Defendants default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendants for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this action.

DATED:  February 10, 2014

DOLLY M. GEE
United States District Judge

**EXHIBIT A**
**COPYRIGHT REGISTRATIONS**

| Reg. No. | Title | Copyright Claimaint |
|---|---|---|
| RE 731-536 | 2001: A SPACE ODYSSEY | New Line Productions, Inc. ("NLPI") |
| RE 010-232 | An American in Paris | Warner Bros. Entertainment Inc. ("WBEI") |
| PA 733-393 | Black Beauty | Warner Brothers, a division of Time Warner Entertainment Company, LP ("WB") |
| PA 1-709-262 | BOARDWALK EMPIRE: Boardwalk Empire | Home Box Office, Inc. ("HBO") |
| PA 1-709-258 | BOARDWALK EMPIRE: The Ivory Tower | HBO |
| PA 1-709-256 | BOARDWALK EMPIRE: Broadway Limited | HBO |
| PA 1-709-260 | BOARDWALK EMPIRE: Anastasia | HBO |
| PA 1-709-265 | BOARDWALK EMPIRE: Nights In Ballygran | HBO |
| PA 1-716-941 | BOARDWALK EMPIRE: Family Limitation | HBO |
| PA 1-716-942 | BOARDWALK EMPIRE: Home | HBO |
| PA 1-716-946 | BOARDWALK EMPIRE: Hold Me In Paradise | HBO |
| PA 1-719-464 | BOARDWALK EMPIRE: Belle Femme | HBO |
| PA 1-719-463 | BOARDWALK EMPIRE: The Emerald City | HBO |
| PA 1-719-466 | BOARDWALK EMPIRE: Paris Green | HBO |
| PA 1-721-376 | BOARDWALK EMPIRE: A Return To Normalcy | HBO |
| PA 1-765-830 | BOARDWALK EMPIRE: 21 | HBO |
| PA 1-765-841 | BOARDWALK EMPIRE: Ourselves Alone | HBO |
| PA 1-765-838 | BOARDWALK EMPIRE: Dangerous Maid | HBO |

| PA 1-769-620 | BOARDWALK EMPIRE:: What Does The Bee Do? | HBO |
|---|---|---|
| PA 1-769-650 | BOARDWALK EMPIRE: Gimcrack & Bunkum | HBO |
| PA 1-769-789 | BOARDWALK EMPIRE: The Age Of Reason | HBO |
| PA 1-769-786 | BOARDWALK EMPIRE: Peg Of Old | HBO |
| PA 1-774-955 | BOARDWALK EMPIRE: Two Boats And A Lifeguard | HBO |
| PA 1-774-428 | BOARDWALK EMPIRE: Battle Of The Century | HBO |
| PA 1-772-465 | BOARDWALK EMPIRE: Georgia Peaches | HBO |
| PA 1-772-461 | BOARDWALK EMPIRE: Under God's Power She Flourishes | HBO |
| PA 1-776-120 | BOARDWALK EMPIRE: To The Lost | HBO |
| PA 1-800-456 | CHUCK: Chuck Versus The Anniversary | WBEI |
| PA 1-830-753 | CHUCK: Chuck Versus The Suitcase | WBEI |
| PA 1-830-764 | CHUCK: Chuck Versus The Cubic Z | WBEI |
| PA 1-830-744 | CHUCK: Chuck Versus The Coup d'Etat | WBEI |
| PA 1-830-746 | CHUCK: Chuck Versus The Couch Lock | WBEI |
| PA 1-839-586 | CHUCK: Chuck Versus The Aisle Of Terror | WBEI |
| PA 1-839-561 | CHUCK: Chuck Versus The First Fight | WBEI |
| PA 1-839-582 | CHUCK: Chuck Versus The Fear Of Death | WBEI |
| PA 1-839-584 | CHUCK: Chuck Versus Phase Three | WBEI |
| PA 1-839-592 | CHUCK: Chuck Versus The Leftovers | WBEI |
| PA 1-830-691 | CHUCK: Chuck Versus The Balcony | WBEI |
| PA 1-830-693 | CHUCK: Chuck Versus The Gobbler | WBEI |
| PA 1-830-680 | CHUCK: Chuck Versus The Push Mix | WBEI |
| PA 1-830-740 | CHUCK: Chuck Versus The Seduction Impossible | WBEI |
| PA 1-830-738 | CHUCK: Chuck Versus The Cat Squad | WBEI |
| PA 1-830-695 | CHUCK: Chuck Versus The Masquerade | WBEI |
| PA 1-830-742 | CHUCK: Chuck Versus The First Bank Of Evil | WBEI |
| PA 1-830-704 | CHUCK: Chuck Versus Chuck Versus The A-Team | WBEI |
| PA 1-830-685 | CHUCK: Chuck Versus The Muuurder | WBEI |
| PA 1-839-585 | CHUCK: Chuck Versus The Family Volkoff | WBEI |

| | | |
|---|---|---|
| PA 1-830-743 | CHUCK: Chuck Versus The Wedding Planner | WBEI |
| PA 1-830-754 | CHUCK: Chuck Versus Agent X | WBEI |
| PA 1-830-752 | CHUCK: Chuck Versus The Last Details | WBEI |
| PA 1-800-450 | CHUCK: Chuck Versus The Cliffhanger | WBEI |
| PA 1-800-005 | CHUCK: Chuck Versus The Zoom | WBEI |
| PA 1-830-373 | CHUCK: Chuck Versus The Bearded Bandit | WBEI |
| PA 1-830-358 | CHUCK: Chuck Versus The Frosted Tips | WBEI |
| PA 1-830-395 | CHUCK: Chuck Versus The Business Trip | WBEI |
| PA 1-830-379 | CHUCK: Chuck Versus The Hack Off | WBEI |
| PA 1-830-361 | CHUCK: Chuck Versus The Curse | WBEI |
| PA 1-830-364 | CHUCK: Chuck Versus The Santa Suit | WBEI |
| PA 1-830-765 | CHUCK: Chuck Versus The Baby | WBEI |
| PA 1-830-658 | CHUCK: Chuck Versus The Kept Man | WBEI |
| PA 1-830-659 | CHUCK: Chuck Versus Bo | WBEI |
| PA 1-830-385 | CHUCK: Chuck Versus The Bullet Train | WBEI |
| PA 1-830-662 | CHUCK: Chuck Versus Sarah | WBEI |
| PA 1-800-007 | CHUCK: Chuck Versus The Goodbye | WBEI |
| PA 1-143-871 | Dumb and Dumberer | Mikado Verwaltungs GmbH & Co. Produktions, KG & NLPI |
| PA 1-697-280 | ENTOURAGE: Stunted | HBO |
| PA 1-697-285 | ENTOURAGE: Buzzed | HBO |
| PA 1-704-328 | ENTOURAGE: Dramedy | HBO |
| PA 1-699-106 | ENTOURAGE: Tequila Sunrise | HBO |
| PA 1-699-105 | ENTOURAGE: Bottoms Up | HBO |
| PA 1-706-302 | ENTOURAGE: Hair | HBO |
| PA 1-706-285 | ENTOURAGE: Tequila And Coke | HBO |
| PA 1-706-311 | ENTOURAGE: Sniff Sniff Gang Bang | HBO |
| PA 1-706-303 | ENTOURAGE: Porn Scenes From An Italian Restaurant | HBO |
| PA 1-706-307 | ENTOURAGE: Lose Yourself | HBO |

| | | |
|---|---|---|
| PA 904-267 | Everybody Loves Raymond: Pilot | Worldwide Pants, Inc. ("WPI"); HBO Independent Productions, Inc. ("HIP") |
| PA 854-294 | Everybody Loves Raymond: I Love You | WPI; HIP |
| PA 854-296 | Everybody Loves Raymond: I Wish I Were Gus | WPI; HIP |
| PA 854-297 | Everybody Loves Raymond: Standard Deviation | WPI; HIP |
| PA 854-298 | Everybody Loves Raymond: Look Don't Touch | WPI; HIP |
| PA 854-295 | Everybody Loves Raymond: Frank, the Writer | WPI; HIP |
| PA 854-299 | Everybody Loves Raymond: Your Place or Mine? | WPI; HIP |
| PA 854-300 | Everybody Loves Raymond: In-Laws | WPI; HIP |
| PA 854-301 | Everybody Loves Raymond: Win, Lose or Draw | WPI; HIP |
| PA 854-303 | Everybody Loves Raymond: Turkey or Fish | WPI; HIP |
| PA 854-302 | Everybody Loves Raymond: Captain Nemo | WPI; HIP |
| PA 854-305 | Everybody Loves Raymond: The Ball | WPI; HIP |
| PA 854-304 | Everybody Loves Raymond: Debra's Sick | WPI; HIP |
| PA 854-306 | Everybody Loves Raymond: Who's Handsome? | WPI; HIP |
| PA 854-307 | Everybody Loves Raymond: The Car | WPI; HIP |
| PA 854-309 | Everybody Loves Raymond: Diamonds | WPI; HIP |
| PA 854-308 | Everybody Loves Raymond: The Game | WPI; HIP |
| PA 854-310 | Everybody Loves Raymond: Recovering Pessimist | WPI; HIP |
| PA 854-311 | Everybody Loves Raymond: The Dog | WPI; HIP |
| PA 854-312 | Everybody Loves Raymond: Neighbors | WBEI |
| PA 854-314 | Everybody Loves Raymond: Fascinatin' Debra | WBEI |
| PA 854-313 | Everybody Loves Raymond: Why Are We Here? | WBEI |
| PA 1-704-792 | FRINGE: Pilot | WBEI |
| PA 1-704-723 | FRINGE: The Same Old Story | WBEI |

| | | |
|---|---|---|
| PA 1-704-735 | FRINGE: The Ghost Network | WBEI |
| PA 1-704-731 | FRINGE: The Arrival | WBEI |
| PA 1-704-789 | FRINGE: Power Hungry | WBEI |
| PA 1-704-718 | FRINGE: The Cure | WBEI |
| PA 1-704-720 | FRINGE: In Which We Meet Mr. Jones | WBEI |
| PA 1-704-716 | FRINGE: The Equation | WBEI |
| PA 1-704-712 | FRINGE: The DreamScape | WBEI |
| PA 1-704-709 | FRINGE: Safe | WBEI |
| PA 1-704-727 | FRINGE: Bound | WBEI |
| PA 1-704-705 | FRINGE: The No-Brainer | WBEI |
| PA 1-704-739 | FRINGE: The Transformation | WBEI |
| PA 1-704-698 | FRINGE: Ability | WBEI |
| PA 1-704-703 | FRINGE: Inner Child | WBEI |
| PA 1-704-688 | FRINGE: Unleashed | WBEI |
| PA 1-704-695 | FRINGE: Bad Dreams | WBEI |
| PA 1-704-686 | FRINGE: Midnight | WBEI |
| PA 1-705-943 | FRINGE: The Road Not Taken | WBEI |
| PA 1-704-691 | FRINGE: There's More Than One Of Everything | WBEI |
| PA 1-191-749 | Gods and Generals | Ted Turner Film Properties, LLC |
| PA 1-798-788 | GOSSIP GIRL: Belles De Jour | WBEI; CBS Studios Inc. ("CSI") |
| PA 1-798-808 | GOSSIP GIRL: Double Identity | WBEI; CSI |
| PA-1-798-791 | GOSSIP GIRL: The Undergraduates | WBEI; CSI |
| PA-1-798-782 | GOSSIP GIRL: Touch Of Eva | WBEI; CSI |
| PA-1-798-779 | GOSSIP GIRL: Goodbye, Columbia | WBEI; CSI |
| PA-1-798-796 | GOSSIP GIRL: Easy J | WBEI; CSI |
| PA-1-798-800 | GOSSIP GIRL: War At The Roses | WBEI; CSI |
| PA-1-798-805 | GOSSIP GIRL: Juliet Doesn't Live Here Anymore | WBEI; CSI |
| PA-1-798-776 | GOSSIP GIRL: The Witches Of Bushwick | WBEI; CSI |
| PA-1-798-706 | GOSSIP GIRL: Gaslit | WBEI; CSI |
| PA-1-798-803 | GOSSIP GIRL: The Townie | WBEI; CSI |
| PA-1-798-675 | GOSSIP GIRL: The Kids Are Not All Right | WBEI; CSI |
| PA-1-798-813 | GOSSIP GIRL: Damien Darko | WBEI; CSI |

| | | |
|---|---|---|
| PA-1-798-793 | GOSSIP GIRL: Panic Roommate | WBEI; CSI |
| PA-1-798-778 | GOSSIP GIRL: It-Girl Happened One Night | WBEI; CSI |
| PA-1-798-700 | GOSSIP GIRL: While You Weren't Sleeping | WBEI; CSI |
| PA-1-798-784 | GOSSIP GIRL: Empire of The Son | WBEI; CSI |
| PA-1-798-783 | GOSSIP GIRL: The Kids Stay In The Picture | WBEI; CSI |
| PA-1-798-694 | GOSSIP GIRL: Petty In Pink | WBEI; CSI |
| PA-1-798-660 | GOSSIP GIRL: The Princess And The Frog | WBEI; CSI |
| PA 1-798-713 | GOSSIP GIRL: Shattered Bass | WBEI; CSI |
| PA 1-798-789 | GOSSIP GIRL: The Wrong Goodbye | WBEI; CSI |
| PA 1-063-646 | HARRY POTTER AND THE SORCERER'S STONE | WBEI |
| PA 1-105-748 | HARRY POTTER AND THE CHAMBER OF SECRETS | Miracle Productions GmbH & Co. KG |
| PA 1-222-542 | HARRY POTTER AND THE PRISONER OF AZKABAN | P of A Productions Limited |
| PA 1-279-121 | HARRY POTTER AND THE GOBLET OF FIRE | Patalex IV Productions Limited |
| PA 1-355-547 | HARRY POTTER AND THE ORDER OF THE PHOENIX | WBEI |
| PA 1-647-906 | HARRY POTTER AND THE HALF-BLOOD PRINCE | WBEI |
| PA 1-721-904 | HARRY POTTER AND THE DEATHLY HALLOWS PART 1 | WBEI |
| PA 1-742-099 | HARRY POTTER AND THE DEATHLY HALLOWS PART 2 | WBEI |
| PA 1-594-322 | In the Valley of Elah | Elah Finance V.0.F. |
| RE 210-265 | The Searchers | Warner Brothers, Inc. (PWH) |
| PA 427-208 | Fort Apache | Turner Entertainment Company ("TEC") |

| PA 401-497 | They Were Expendable | TEC |
|---|---|---|
| RE 189-391 | The Wings of Eagles | M G M/U A Entertainment Company (PWH) |
| PA 1-267-436 | Kiss kiss, bang bang | WBEI |
| PA 1-647-138 | Little Big League (DVD, 2002) | C1R Distribution, LLC |
| PA 1-261-328 | ONE TREE HILL: Don't Take Me For Granted | WBEI |
| PA 1-261-327 | ONE TREE HILL: Near Wild Heaven | WBEI |
| PA 1-261-329 | ONE TREE HILL: Quiet Things That No One Ever Knows | WBEI |
| PA 1-261-326 | ONE TREE HILL: Truth, Bitter Truth | WBEI |
| PA 1-261-325 | ONE TREE HILL: Truth Doesn't Make A Noise | WBEI |
| PA 1-261-330 | ONE TREE HILL: We Might As Well Be Strangers | WBEI |
| PA 1-261-334 | ONE TREE HILL: You Can't Always Get What You Want | WBEI |
| PA 1-624-155 | ONE TREE HILL: Crying Won't Help You Now | WBEI |
| PA 1-624-173 | ONE TREE HILL: Don't Dream, It's Over | WBEI |
| PA 1-624-153 | ONE TREE HILL: Echoes, Silence, Patience & Grace | WBEI |
| PA 1-624-166 | ONE TREE HILL: For Tonight You're Only Here To Know | WBEI |
| PA 1-624-141 | ONE TREE HILL: 4 Years, 6 Months, 2 Days | WBEI |
| PA 1-624-009 | ONE TREE HILL: Hate Is Safer Than Love | WBEI |
| PA 1-624-149 | ONE TREE HILL: Hundred | WBEI |
| PA 1-624-012 | ONE TREE HILL: I Forgot, To Remember, To Forget | WBEI |
| PA 1-624-163 | ONE TREE HILL: In Da Club | WBEI |
| PA 1-624-143 | ONE TREE HILL: Its Alright, Ma (I'm Only Bleeding) | WBEI |
| PA 1-624-174 | ONE TREE HILL: Life Is Short | WBEI |

| | | |
|---|---|---|
| PA 1-624-148 | ONE TREE HILL: My Way Home Is Through You | WBEI |
| PA 1-624-171 | ONE TREE HILL: Please Please Please Let Me Get What I Want | WBEI |
| PA 1-624-158 | ONE TREE HILL: Running To Stand Still | WBEI |
| PA 1-624-146 | ONE TREE HILL: What Comes After The Blues | WBEI |
| PA 1-624-006 | ONE TREE HILL: What Do You Go Home To | WBEI |
| PA 1-624-161 | ONE TREE HILL: You're Gonna Need Someone On Your Side | WBEI |
| PA 1-624-144 | ONE TREE HILL: Racing Like A Pro | WBEI |
| PA 1-798-608 | ONE TREE HILL: 4:30 AM (Apparently They Were Traveling Abroad) | WBEI |
| PA 1-799-057 | ONE TREE HILL: What Are You Willing To Lose | WBEI |
| PA 1-799-059 | ONE TREE HILL: Hold My Hand As I'm Lowered | WBEI |
| PA 1-799-063 | ONE TREE HILL: Believe Me, I'm Lying | WBEI |
| PA 1-799-066 | ONE TREE HILL: Your Cheatin' Heart | WBEI |
| PA 1-799-287 | ONE TREE HILL: Deep Ocean Vast Sea | WBEI |
| PA 1-803-468 | ONE TREE HILL: I And Love And You | WBEI |
| PA 1-799-296 | ONE TREE HILL: I Just Died In Your Arms Tonight | WBEI |
| PA 1-801-398 | ONE TREE HILL: Now You Lift Your Eyes To The Sun | WBEI |
| PA 1-799-297 | ONE TREE HILL: You Are A Runner And I Am My Father's Son | WBEI |
| PA 1-799-302 | ONE TREE HILL: You Know I Love You, Don't You? | WBEI |
| PA 1-803-555 | ONE TREE HILL: Some Roads Lead Nowhere | WBEI |
| PA 1-799-326 | ONE TREE HILL: Weeks Go By Like Days | WBEI |
| PA 1-799-333 | ONE TREE HILL: Family Affair | WBEI |
| PA 1-799-955 | ONE TREE HILL: Don't You Forget About Me | WBEI |

| | | |
|---|---|---|
| PA 1-799-334 | ONE TREE HILL: My Attendance Is Bad But My Intentions Are Good | WBEI |
| PA 1-803-556 | ONE TREE HILL: At The Bottom Of Everything | WBEI |
| PA 1-803-557 | ONE TREE HILL: The Last Day Of Our Acquaintance | WBEI |
| PA 1-799-809 | ONE TREE HILL: Every Picture Tells A Story | WBEI |
| PA 1-798-609 | ONE TREE HILL: Learning To Fall | WBEI |
| PA 1-799-814 | ONE TREE HILL: What's In The Ground Belongs To You | WBEI |
| PA 1-803-562 | ONE TREE HILL: Almost Everything I Wish I'd Said The Last Time I Saw You | WBEI |
| PA 1-794-685 | PRETTY LITTLE LIARS (SERIES): It's Alive | WBEI |
| PA 1-794-687 | PRETTY LITTLE LIARS (SERIES): The Goodbye Look | WBEI |
| PA 1-794-816 | PRETTY LITTLE LIARS (SERIES): My Name Is Trouble | WBEI |
| PA 1-794-688 | PRETTY LITTLE LIARS (SERIES): Blind Dates | WBEI |
| PA 1-794-823 | PRETTY LITTLE LIARS (SERIES): The Devil You Know | WBEI |
| PA 1-794-778 | PRETTY LITTLE LIARS (SERIES): Never Letting Go | WBEI |
| PA 1-794-827 | PRETTY LITTLE LIARS (SERIES): Surface Tension | WBEI |
| PA 1-794-765 | PRETTY LITTLE LIARS (SERIES): Save The Date | WBEI |
| PA 1-794-790 | PRETTY LITTLE LIARS (SERIES): Picture This | WBEI |
| PA 1-794-831 | PRETTY LITTLE LIARS (SERIES): Touched By An 'A'-Angel | WBEI |
| PA 1-794-686 | PRETTY LITTLE LIARS (SERIES): I Must Confess | WBEI |
| PA 1-794-756 | PRETTY LITTLE LIARS (SERIES): Over My Dead Body | WBEI |

| | | |
|---|---|---|
| PA 1-794-834 | PRETTY LITTLE LIARS (SERIES): The First Secret | WBEI |
| PA 1-794-837 | PRETTY LITTLE LIARS (SERIES): Through Many Dangers, Toils and Snares | WBEI |
| PA 1-794-838 | PRETTY LITTLE LIARS (SERIES): A Hot Piece of "A" | WBEI |
| PA 1-794-839 | PRETTY LITTLE LIARS (SERIES): Let The Water Hold Me Down | WBEI |
| PA 1-794-844 | PRETTY LITTLE LIARS (SERIES): The Blonde Leading The Blind | WBEI |
| PA 1-794-848 | PRETTY LITTLE LIARS (SERIES): A Kiss Before Lying | WBEI |
| PA 1-794-689 | PRETTY LITTLE LIARS (SERIES): The Naked Truth | WBEI |
| PA 1-794-740 | PRETTY LITTLE LIARS (SERIES): CTRL: A | WBEI |
| PA 1-794-797 | PRETTY LITTLE LIARS (SERIES): Breaking The Code | WBEI |
| PA 1-794-699 | PRETTY LITTLE LIARS (SERIES): Father Knows Best | WBEI |
| PA 1-794-713 | PRETTY LITTLE LIARS (SERIES): The Eye Of The Beholder | WBEI |
| PA 1-794-693 | PRETTY LITTLE LIARS (SERIES): If These Dolls Could Talk | WBEI |
| PA 1-794-758 | PRETTY LITTLE LIARS (SERIES): Unmasked | WBEI |
| PA 274-541 | Rainbow Brite and the Star Stealer (DVD, 2004) FREE SHIPPING WITH TRACKING | Hallmark Cards, Inc. |
| PA 1-744-564 | RIZZOLI & ISLES: See One, Do One, Teach One | WBEI |
| PA 1-744-585 | RIZZOLI & ISLES: Boston Strangler Redux | WBEI |
| PA 1-741-699 | RIZZOLI & ISLES: Sympathy for the Devil | WBEI |
| PA 1-741-689 | RIZZOLI & ISLES: She Works Hard For The Money | WBEI |
| PA 1-741-690 | RIZZOLI & ISLES: Money For Nothing | WBEI |
| PA 1-741-692 | RIZZOLI & ISLES: I Kissed A Girl | WBEI |
| PA 1-741-693 | RIZZOLI & ISLES: Born To Run | WBEI |

| | | |
|---|---|---|
| PA 1-741-694 | RIZZOLI & ISLES: I'm Your Boogie Man | WBEI |
| PA 1-741-696 | RIZZOLI & ISLES: The Beast In Me | WBEI |
| PA 1-741-697 | RIZZOLI & ISLES: When The Gun Goes Bang, Bang, Bang | WBEI |
| PA 1-800-929 | RIZZOLI & ISLES: We Don't Need Another Hero | WBEI |
| PA 1-800-896 | RIZZOLI & ISLES: Living Proof | WBEI |
| PA 1-893-193 | RIZZOLI & ISLES: Sailor Man | WBEI |
| PA 1-800-891 | RIZZOLI & ISLES: Don't Hate The Player | WBEI |
| PA 1-800-908 | RIZZOLI & ISLES: Rebel Without A Pause | WBEI |
| PA 1-800-922 | RIZZOLI & ISLES: Bloodlines | WBEI |
| PA 1-800-962 | RIZZOLI & ISLES: Brown Eyed Girl | WBEI |
| PA 1-800-887 | RIZZOLI & ISLES: My Own Worst Enemy | WBEI |
| PA 1-800-951 | RIZZOLI & ISLES: Gone Daddy Gone | WBEI |
| PA 1-800-942 | RIZZOLI & ISLES: Remember Me | WBEI |
| PA 1-800-959 | RIZZOLI & ISLES: Can I Get A Witness? | WBEI |
| PA 1-800-950 | RIZZOLI & ISLES: He Ain't Heavy, He's My Brother | WBEI |
| PA 1-800-949 | RIZZOLI & ISLES: Seventeen Ain't So Sweet | WBEI |
| PA 1-800-957 | RIZZOLI & ISLES: Don't Stop Dancing, Girl | WBEI |
| PA 1-800-934 | RIZZOLI & ISLES: Burning Down The House | WBEI |
| PA 1-800-081 | SHAMELESS: Pilot | WBEI |
| PA 1-800-079 | SHAMELESS: Frank The Plank Frank | WBEI |
| PA 1-800-078 | SHAMELESS: Aunt Ginger | WBEI |
| PA 1-800-080 | SHAMELESS: Casey Casden | WBEI |
| PA 1-800-077 | SHAMELESS: Three Boys | WBEI |
| PA 1-829-833 | SHAMELESS: Killer Carl | WBEI |
| PA 1-829-835 | SHAMELESS: Frank Gallagher: Loving Husband, Devoted Father | WBEI |
| PA 1-829-832 | SHAMELESS: It's Time To Kill The Turtle | WBEI |
| PA 1-829-837 | SHAMELESS: But At Last Came A Knock | WBEI |
| PA 1-829-831 | SHAMELESS: Nana Gallagher Had An Affair | WBEI |
| PA 1-829-834 | SHAMELESS: Daddyz Girl | WBEI |
| PA 1-800-083 | SHAMELESS: Father Frank, Full Of Grace | WBEI |
| R300523 | Bonnie Scotland | TEC |
| R256633 | The Devil's Brother | TEC |

| PA 1-801-541 | THE BIG BANG THEORY: The Robotic Manipulaton | WBEI |
|---|---|---|
| PA 1-801-374 | THE BIG BANG THEORY: The Cruciferous Vegetable Amplification | WBEI |
| PA 1-801-411 | THE BIG BANG THEORY: The Zazzy Substitution | WBEI |
| PA 1-801-531 | THE BIG BANG THEORY: The Hot Troll Deviation | WBEI |
| PA 1-801-539 | THE BIG BANG THEORY: The Desperation Emanation | WBEI |
| PA 1-801-425 | THE BIG BANG THEORY: The Irish Pub Formulation | WBEI |
| PA 1-801-527 | THE BIG BANG THEORY: The Apology Insufficiency | WBEI |
| PA 1-801-375 | THE BIG BANG THEORY: The 21-Second Excitation | WBEI |
| PA 1-801-519 | THE BIG BANG THEORY: The Boyfriend Complexity | WBEI |
| PA 1-801-401 | THE BIG BANG THEORY: The Alien Parasite Hypothesis | WBEI |
| PA 1-801-430 | THE BIG BANG THEORY: The Justice League Recombination | WBEI |
| PA 1-801-421 | THE BIG BANG THEORY: The Bus Pants Utilization | WBEI |
| PA 1-801-538 | THE BIG BANG THEORY: The Love Car Displacement | WBEI |
| PA 1-801-521 | THE BIG BANG THEORY: The Thespian Catalyst | WBEI |
| PA 1-801-406 | THE BIG BANG THEORY: The Benefactor Factor | WBEI |
| PA 1-801-403 | THE BIG BANG THEORY: The Cohabitation Formulation | WBEI |
| PA 1-801-524 | THE BIG BANG THEORY: The Toast Derivation | WBEI |
| PA 1-801-407 | THE BIG BANG THEORY: The Prestidigitation Approximation | WBEI |
| PA 1-801-534 | THE BIG BANG THEORY: The Zarnecki Incursion | WBEI |

| | | |
|---|---|---|
| PA 1-801-522 | THE BIG BANG THEORY: The Herb Garden Germination | WBEI |
| PA 1-801-382 | THE BIG BANG THEORY: The Agreement Dissection | WBEI |
| PA 1-801-424 | THE BIG BANG THEORY: The Wildebeest Implementation | WBEI |
| PA 1-801-540 | THE BIG BANG THEORY: The Engagement Reaction | WBEI |
| PA 1-801-517 | THE BIG BANG THEORY: The Roommate Transmorgrification | WBEI |
| PA 20-921 | Superman- The Movie | Film Export, A.G. |
| Pau 228-419 | Superman II | Film Export, A.G. |
| PA 188-454 | Superman III | Cantharus Productions, N.V |
| PA 372-268 | Superman IV: The Quest for Peace | Cannon Films, Inc., Cannon International & Warner Brothers, Inc. |
| PA 1-621-681 | THE CLOSER: Pilot | WBEI |
| PA 1-621-680 | THE CLOSER: About Face | WBEI |
| PA 1-621-678 | THE CLOSER: The Big Picture | WBEI |
| PA 1-621-684 | THE CLOSER: Show Yourself | WBEI |
| PA 1-621-683 | THE CLOSER: Flashpoint | WBEI |
| PA 1-621-682 | THE CLOSER: Fantasy Date | WBEI |
| PA 1-621-690 | THE CLOSER: You Are Here | WBEI |
| PA 1-621-689 | THE CLOSER: Batter Up | WBEI |
| PA 1-621-688 | THE CLOSER: Good Housekeeping | WBEI |
| PA 1-621-687 | THE CLOSER: The Butler Did It | WBEI |
| PA 1-621-686 | THE CLOSER: LA Woman | WBEI |
| PA 1-621-710 | THE CLOSER: Fatal Retraction | WBEI |
| PA 1-621-677 | THE CLOSER: Standards And Practices | WBEI |
| PA 1-621-700 | THE CLOSER: Blue Blood | WBEI |
| PA 1-621-706 | THE CLOSER: Mom Duty | WBEI |

| PA 1-621-698 | THE CLOSER: Slippin' | WBEI |
|---|---|---|
| PA 1-621-713 | THE CLOSER: Aftertaste | WBEI |
| PA 1-621-721 | THE CLOSER: To Protect And Serve | WBEI |
| PA 1-621-692 | THE CLOSER: Out Of Focus | WBEI |
| PA 1-621-697 | THE CLOSER: Head Over Heels | WBEI |
| PA 1-621-703 | THE CLOSER: Critical Missing | WBEI |
| PA 1-621-712 | THE CLOSER: Heroic Measures | WBEI |
| PA 1-621-716 | THE CLOSER: The Other Woman | WBEI |
| PA 1-621-704 | THE CLOSER: Borderline | WBEI |
| PA 1-621-709 | THE CLOSER: No Good Deed | WBEI |
| PA 1-621-711 | THE CLOSER: Overkill | WBEI |
| PA 1-621-720 | THE CLOSER: Serving The King Part 1 | WBEI |
| PA 1-621-718 | THE CLOSER: Serving The King Part 2 | WBEI |
| PA 1-838-575 | THE CLOSER: The Big Bang | WBEI |
| PA 1-838-539 | THE CLOSER: Help Wanted | WBEI |
| PA 1-838-678 | THE CLOSER: In Custody | WBEI |
| PA 1-838-576 | THE CLOSER: Layover | WBEI |
| PA 1-838-547 | THE CLOSER: Heart Attack | WBEI |
| PA 1-838-653 | THE CLOSER: Off the Hook | WBEI |
| PA 1-838-655 | THE CLOSER: Jump the Gun | WBEI |
| PA 1-838-664 | THE CLOSER: Warzone | WBEI |
| PA 1-838-583 | THE CLOSER: Last Woman Standing | WBEI |
| PA 1-838-590 | THE CLOSER: Executive Order | WBEI |
| PA 1-838-592 | THE CLOSER: Old Money | WBEI |
| PA 1-838-641 | THE CLOSER: High Crimes | WBEI |
| PA 1-838-675 | THE CLOSER: Living Proof: Part One | WBEI |
| PA 1-838-586 | THE CLOSER: Living Proof: Part Two | WBEI |
| PA 1-838-688 | THE CLOSER: An Ugly Game | WBEI |
| RE 846-364 | The Ghost Ship | Hanna-Barbera Productions, Inc. |
| RE 907-070 | The Outlaw Josey Wales | WBEI |
| PA 1-679-184 | THE PACIFIC: Part One | HBO |
| PA 1-687-855 | THE PACIFIC: Part Two | HBO |
| PA 1-679-181 | THE PACIFIC: Part Three | HBO |
| PA 1-683-931 | THE PACIFIC: Part Four | HBO |
| PA 1-683-936 | THE PACIFIC: Part Five | HBO |
| PA 1-683-933 | THE PACIFIC: Part Six | HBO |

| | | |
|---|---|---|
| PA 1-683-929 | THE PACIFIC: Part Seven | HBO |
| PA 1-685-746 | THE PACIFIC: Part Eight | HBO |
| PA 1-685-739 | THE PACIFIC: Part Nine | HBO |
| PA 1-685-738 | THE PACIFIC: Part Ten | HBO |
| RE 010-229 | The Red Badge of Courage (DVD, 2003) | Metro-Goldwyn-Mayer, Inc. ("MGM") |
| PA 1-806-075 | THE VAMPIRE DIARIES: The Birthday | WBEI; CSI |
| PA 1-840-715 | THE VAMPIRE DIARIES: The Hybrid | WBEI; CSI |
| PA 1-840-836 | THE VAMPIRE DIARIES: The End Of The Affair | WBEI; CSI |
| PA 1-840-714 | THE VAMPIRE DIARIES: Disturbing Behavior | WBEI; CSI |
| PA 1-840-717 | THE VAMPIRE DIARIES: The Reckoning | WBEI; CSI |
| PA 1-840-716 | THE VAMPIRE DIARIES: Smells Like Teen Spirit | WBEI; CSI |
| PA 1-840-829 | THE VAMPIRE DIARIES: Ghost World | WBEI; CSI |
| PA 1-840-721 | THE VAMPIRE DIARIES: Ordinary People | WBEI; CSI |
| PA 1-840-703 | THE VAMPIRE DIARIES: Homecoming | WBEI; CSI |
| PA 1-840-820 | THE VAMPIRE DIARIES: The New Deal | WBEI; CSI |
| PA 1-840-719 | THE VAMPIRE DIARIES: Our Town | WBEI; CSI |
| PA 1-840-698 | THE VAMPIRE DIARIES: The Ties That Bind | WBEI; CSI |
| PA 1-840-722 | THE VAMPIRE DIARIES: Bringing Out The Dead | WBEI; CSI |
| PA 1-840-708 | THE VAMPIRE DIARIES: Dangerous Liaisons | WBEI; CSI |
| PA 1-840-706 | THE VAMPIRE DIARIES: All My Children | WBEI; CSI |
| PA 1-840-720 | THE VAMPIRE DIARIES: 1912 | WBEI; CSI |
| PA 1-843-357 | THE VAMPIRE DIARIES: Break On Through | WBEI; CSI |
| PA 1-843-356 | THE VAMPIRE DIARIES: The Murder Of One | WBEI; CSI |
| PA 1-843-353 | THE VAMPIRE DIARIES: Heart Of Darkness | WBEI; CSI |
| PA 1-843-350 | THE VAMPIRE DIARIES: Do Not Go Gentle | WBEI; CSI |
| PA 1-843-352 | THE VAMPIRE DIARIES: Before Sunset | WBEI; CSI |
| PA 1-806-077 | THE VAMPIRE DIARIES: The Departed | WBEI; CSI |
| PA 152-973 | The World According to Garp (DVD, 2001) | WBEI |

| PA 1-235-814 | Tom & Jerry - The Magic Ring | TEC |
|---|---|---|
| Pau 1-675-611 | Tom and Jerry - The Movie | TEC & Telefilm-Essen, G.m.b.H. |
| RE 043-655 | Tom and Jerry's Greatest Chases: Johann Mouse | MGM |
| RE 341-388 | Tom and Jerry's Greatest Chases: Mice Follies | WB Bottom of Form |
| PA 1-664-352 | TRUE BLOOD: Nothing but the Blood | HBO |
| PA 1-666-595 | TRUE BLOOD: Keep This Party Going | HBO |
| PA 1-666-589 | TRUE BLOOD: Scratches | HBO |
| PA 1-666-598 | TRUE BLOOD: Shake and Fingerpop | HBO |
| PA 1-666-592 | TRUE BLOOD: Never Let Me Go | HBO |
| PA 1-666-591 | TRUE BLOOD: Hard-Hearted Hannah | HBO |
| PA 1-667-523 | TRUE BLOOD: Release Me | HBO |
| PA 1-666-586 | TRUE BLOOD: Timebomb | HBO |
| PA 1-666-583 | TRUE BLOOD: I Will Rise Up | HBO |
| PA 1-666-596 | TRUE BLOOD: New World in My View | HBO |
| PA 1-663-479 | TRUE BLOOD: Frenzy | HBO |
| PA 1-667-580 | TRUE BLOOD: Beyond Here Lies Nothin' | HBO |
| PA 1-688-635 | TRUE BLOOD: Bad Blood | HBO |
| PA 1-693-287 | TRUE BLOOD: Beautifully Broken | HBO |
| PA 1-697-033 | TRUE BLOOD: It Hurts Me Too | HBO |
| PA 1-697-287 | TRUE BLOOD: 9 Crimes | HBO |
| PA 1-704-298 | TRUE BLOOD: Trouble | HBO |
| PA 1-699-189 | TRUE BLOOD: I Got a Right to Sing the Blues | HBO |
| PA 1-699-150 | TRUE BLOOD: Hitting the Ground | HBO |
| PA 1-716-112 | TRUE BLOOD: Night on the Sun | HBO |
| PA 1-716-111 | TRUE BLOOD:: Everything is Broken | HBO |
| PA 1-716-116 | TRUE BLOOD: I Smell a Rat | HBO |
| PA 1-716-110 | TRUE BLOOD: Fresh Blood | HBO |
| PA 1-716-114 | TRUE BLOOD: Evil is Going On | HBO |
| PA 1-747-825 | TRUE BLOOD:: She's Not There | HBO |
| PA 1-747-826 | TRUE BLOOD: You Smell Like Dinner | HBO |
| PA 1-748-869 | TRUE BLOOD: If You Love Me, Why Am I Dyin? | HBO |

| | | |
|---|---|---|
| PA 1-795-196 | TRUE BLOOD: I'm Alive And On Fire | HBO |
| PA 1-795-199 | TRUE BLOOD: ME And The Devil | HBO |
| PA 1-751-681 | TRUE BLOOD: I Wish I Was The Moon | HBO |
| PA 1-756-282 | TRUE BLOOD: Cold Grey Light Of Dawn | HBO |
| PA 1-756-538 | TRUE BLOOD: Spellbound | HBO |
| PA 1-756-541 | TRUE BLOOD: Let's Get Out Of Here | HBO |
| PA 1-756-540 | TRUE BLOOD:: Burning Down The House | HBO |
| PA 1-765-849 | TRUE BLOOD: Soul Of Fire | HBO |
| PA 1-765-827 | TRUE BLOOD: And When I Die | HBO |